UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERVIN BANKS,

                Plaintiff,

v.

KENT W. UNDERWOOD,

                Defendant.

CASE NO. C13-5984 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) This action is **DISMISSED without prejudice** prior to service for failure to state a claim; and

(3) Plaintiff's application to proceed in forma pauperis is **DENIED**.

Dated this 23rd day January, 2014.

                                            BENJAMIN H. SETTLE
                                            United States District Judge